UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

May 21, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JIMBERT ESCALICAS,

    Defendant.

Case No.  2:26-cr-00041-DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JIMBERT ESCALICAS,

Case No.  2:26-cr-00041-DAD , Charge 18 U.S.C. § 1344, from custody for the

following reasons:

    Release on Personal Recognizance

    Bail Posted in the Sum of $

    Unsecured Appearance Bond $

    Appearance Bond with 10% Deposit

    Appearance Bond with Surety

    Corporate Surety Bail Bond

x    (Other):  Release delayed until 5/22/2026 at 8:30 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 and be transported to Westcare.

Issued at Sacramento, California on May 21, 2026, at 2:54 PM

By: _____

Magistrate Judge Sean C. Riordan