ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>JIMBERT ESCALICAS,<br><br>                              Defendant. | CASE NO.  2:26-CR-0041 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 1, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 1, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until September 21, 2026, and to exclude time between June 1, 2026, and September 21, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative files consisting of over 11,000 pages, in addition to hundreds of files containing audio or visual recordings or extensive spreadsheets.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, pursuant to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a protective order.

b)      The government has extended a plea offer which expires in September 2026.

c)      On May 22, 2026, Defendant was released to a 90-day substance abuse treatment program in Fresno, which will somewhat limit his counsel's access to him for that period of treatment.

d)      Counsel for defendant desires additional time review the current charges and discovery, consult with her client, conduct additional investigation, research potential defenses and motions, and to otherwise prepare for trial.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2026 to September 21, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  May 26, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated:  May 26, 2026

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
JIMBERT ESCALICAS

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for June 1, 2026 is continued to September 21, 2026, at 9:30 a.m. and time is excluded between June 1, 2026, and September 21, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3