TAMARA SOLOMAN, SBN 183841
LAW OFFICES OF TAMARA SOLOMAN
P.O. Box 5482
El Dorado Hills, CA 95762
Telephone: (916) 712-8962
E-Mail: solomanlaw@yahoo.com

Attorney for Defendant
JIMBERT ESCALICAS

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMBERT ESCALICAS,

Defendant.

Case No.: 2:26-CR-0041DAD

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

**STIPULATION**

1. By previous order, this matter was set for sentencing on October 19, 2026.

2. By this stipulation, defendant now moves to continue the status conference to December 14, 2026, and to exclude time between October 19, 2026, and December 14, 2026, under Local Code T4.

3. Counsel was recently appointed (September 22, 2026) after the Federal Defender's Office declared a conflict. Counsel received discovery earlier today but has not met with client to review the evidence alleged in the case. According to the government, the discovery associated with the case includes investigative files consisting of over 11,000 pages, as well as audio and visual recordings. This discovery has been recently produced to counsel pursuant to a protective order. Counsel desires time to review the current charges and discovery, consult with her client, conduct investigation, research potential defenses and motions and prepare the case.

4. Counsel for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective representation and preparation.

5. The Government does not object to the continuance.

6. Based on the above stated findings the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 14, 2026

/s/ Tamara Soloman
TAMARA SOLOMAN
Attorney for Defendant
JIMBERT ESCALICAS

Dated: October 14, 2026

/s/ Nicole Moody
NICOLE MOODY
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for October 19, 2026, is continued to December 14, 2026, at 9:30 a.m. and time is excluded between October 19, 2026, and December 14, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE